UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

        USA

            - against -

BENITO ANTONIO ROSARIO,

            Defendant.

------------------------------------------------------X

23 Cr. 00314-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated July 27, 2023, is approved and accepted.

Dated: White Plains, NY
       October 13, 2023

SO ORDERED.

_____
Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023